UNITED STATES DISTRICT COURT
NORTHERN DISRICT OF NEW YORK
-------------------------------------------------------------x   No. 13-cv-00197

AMBER COLLINS,

        Plaintiff

   -against-

NCO FINANCIAL SYSTEMS, INC.,

        Defendant

-------------------------------------------------------------x

STIPULATION OF VOLUNTARY DISMISSAL

TO THE CLERK OF THE COURT:

   PURSUANT TO Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that no party named herein is an infant or an incompetent person, it is hereby stipulated that the above-entitled action shall be, and hereby is, voluntarily dismissed by the Plaintiff, AMBER COLLINS, with prejudice as to said Plaintiff, and without attorneys fees and/or costs as to any party named herein.

DATED: New York, New York
        May 4, 2013

                                         By: /s/ _Robert L. Arleo_
                                             ROBERT L. ARLEO, ESQ.
                                             (RA 7506)
                                             380 Lexington Avenue, 17th Fl.
                                             New York, New York  10168
                                             Attorney for the Plaintiff
                                             (212) 551-1115

DATED: New York, New York
        May 4, 2013

By: / s /   *Aaron R. Easley*
AARON R. EASLEY, ESQ.
(AE 9222)
SESSIONS, FISHMAN, NATHAN
& ISRAEL, LLC
200 Route 31 North
Flemington, New Jersey  08822-5732
(908) 751-5940